UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SIDOLI,<br><br>   Plaintiff,<br><br>  v.<br><br>NIO INC., et al.,<br><br>   Defendants. | Case No. 19-cv-01320-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER**<br><br>Re: Dkt. No. 17 |

   Defendants filed a motion to transfer this securities class action case to the Eastern District of New York, where a similar case was filed first. Dkt. No. 17. Plaintiff Sidoli filed a notice of non-opposition to the motion, as did one of the other proposed lead plaintiffs. Dkt. Nos. 43, 44. No one has filed an opposition or notice otherwise opposing transfer.

   The motion to transfer is GRANTED. This case shall be transferred to the Eastern District of New York.

**IT IS SO ORDERED.**

Dated: May 22, 2019

William H. Orrick
United States District Judge